## KRASNOV ET AL. v. UNITED STATES.

No. 238.   Decided October 14, 1957.*

*C. Brewster Rhoads* for appellants in No. 238.

*Robert L. Wright* and *Milton M. Gottesman* for appellants in No. 254.

*Joseph F. Padlon* for appellant in No. 255.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Daniel M. Friedman* and *Joseph F. Tubridy* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE HARLAN and MR. JUSTICE WHITTAKER are of the opinion that probable jurisdiction should be noted.

---

*Together with No. 254, *Comfy Manufacturing Co. et al.* v. *United States,* and No. 255, *Oppenheimer* v. *United States,* also on appeals from the same court.